IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL CASE NO. |
| DOMINIC GITTENS, | 1:10-CR-439-02-JEC |
| Defendant. | |

### ORDER

The above criminal action is presently before the Court on the Magistrate Judge's Report and Recommendation [48] recommending accepting defendant's plea of guilty tendered on January 3, 2011. No objections to the Report and Recommendation [48] have been filed.

IT IS HEREBY ORDERED that the Court **ADOPTS** the Magistrate Judge's Report and Recommendation [48] and **ACCEPTS** the defendant's plea of guilty as to Counts One and Four of the Indictment. The Court notes that the sentencing date has been set for **MONDAY, APRIL 25, 2011, 3:00 P.M., COURTROOM 2107.**

SO ORDERED this ___8___ day of FEBRUARY, 2011.

_____
JULIE E. CARNES
CHIEF U.S. DISTRICT JUDGE